# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BARR, WENDY E                                      §      Case No. 12-82161
                                                         §
                                                         §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 11/28/2012 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  __/  /_____        By:  ____/s/ STEPHEN G. BALSLEY_____
                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: BARR, WENDY E                              §      Case No. 12-82161
                                                  §
                                                  §
Debtor(s)                                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,396.00 |
| *and approved disbursements of* | $ | 75.00 |
| *leaving a balance on hand of* [1] | $ | 5,321.00 |

**Balance on hand:**          $          5,321.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $          5,321.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,289.60 | 0.00 | 1,289.60 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,624.50 | 0.00 | 1,624.50 |

Total to be paid for chapter 7 administration expenses:   $          2,914.10
Remaining balance:   $          2,406.90

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,406.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,406.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,500.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,282.74 | 0.00 | 382.87 |
| 2 | GE Capital Retail Bank | 3,545.83 | 0.00 | 102.21 |
| 3 | FIA CARD SERVICES, N.A. | 25,333.68 | 0.00 | 730.24 |
| 4 | PYOD, LLC its successors and assigns as assignee | 24,942.65 | 0.00 | 718.97 |
| 5 | PYOD, LLC its successors and assigns as assignee | 10,059.19 | 0.00 | 289.95 |
| 6 | PYOD, LLC its successors and assigns as assignee | 5,501.83 | 0.00 | 158.59 |
| 7 | Capital One, N.A. | 835.00 | 0.00 | 24.07 |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,406.90 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-82161-MB
Wendy E Barr                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Oct 30, 2012
                             Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
db              +Wendy E Barr,    751 Santa Fe Drive,    Freeport, IL 61032-2951
18981291        +Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2238
19540757         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18981292         Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18981293        +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
19285027         FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18981298         Sears/CBSD,    P.O. Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18981294        +E-mail/Text: creditonebknotifications@resurgent.com Oct 31 2012 01:58:10     Credit One Bank,
                 P.O. BOX 98872,    Las Vegas, NV 89193-8872
18981295         E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2012 02:12:47     DISCOVER CARD,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
19145735         E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2012 02:12:47     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19178835         E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2012 02:15:10     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18981296        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2012 01:49:47     GECRB/Sams Club,    P.O. Box 981400,
                 El Paso, TX 79998-1400
18981297         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2012 01:58:50     KOHL'S,
                 Attn: Bankruptcy Dept.,    P.O. BOX 3083,    Milwaukee, WI 53201-3083
19367106        +E-mail/Text: resurgentbknotifications@resurgent.com Oct 31 2012 01:44:15
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                  TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                          **Signature:**        *Joseph Speetjens*

District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Oct 30, 2012
                             Form ID: pdf006             Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2012 at the address(es) listed below:
          Brian A Hart    on behalf of Debtor Wendy Barr brian@joneshart.com,   vanessa@rockfordbankruptcy.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                      TOTAL: 4